Case 6:19-cv-00083   Document 23   Filed on 12/18/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

CAUSE NO. 6:19-cv-00083

| | |
|---|---|
| VICTOR AVILES | IN THE DISTRICT COURT |
| V. | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND ROY CLARK MILLER | 377TH JUDICIAL DISTRICT |
| | VICTORIA COUNTY, TEXAS |

### ORDER OF NON-SUIT WITH PREJUDICE

CAME ON TO BE HEARD the motion of Plaintiff(s) to non-suit this cause of action. The Court having heard the arguments of counsel finds that said motion should in all things be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause of action be dismissed with prejudice to the further refiling of same as to ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY.

Signed the 18th day of December, 2020.

_Drew B Tipton_
**JUDGE PRESIDING**

Aviles vs. Allstate, et al.
ORDER OF NON-SUIT WITH PREJUDICE
Our File Number: 0473960052.1

PAGE 1